THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROY VALADEZ, Defendant-Appellant.

(No. 57695;

First District (5th Division)—October 19, 1973.

586

PER CURIAM.
SULLIVAN, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Kenneth L. Jones, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Lee T. Hettinger, Assistant State's Attorneys, of counsel,) for the People.